```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFINA RODRIGUEZ,

                Plaintiff,

                -against-                              1:21-cv-3561 (MKV)

NEW YORK CITY DEPARTMENT OF                       **ORDER**
EDUCATION; LAUREN KEARLY, *individually*; and
CATHIE CONDON, *individually*

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

      The status conference scheduled for July 5, 2023 at 2:00 PM is ADJOURNED to July 25, 2023 at 12:00 PM.

      The letter motion pending at ECF No. 57 does not request any action of the Court. The Clerk of Court is respectfully requested to terminate ECF No. 57.

**SO ORDERED.**

**Date:  June 20, 2023**
        **New York, NY**
                                                      **MARY KAY VYSKOCIL**
                                                     **United States District Judge**