UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JOSEFINA RODRIGUEZ,

                              Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
LAUREN KEARLY, individually; and CATHIE CONDON,
individually,

                             Defendants.
------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

No. 21-cv-3561

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

        Faxed or scanned copies of the signed stipulation shall have the full force and effect of a signed original.

Dated:      New York, New York
               July 28, 2023

| | |
|---|---|
| **George T. Peters, Esq.** | **HON. SYLVIA O. HINDS-RADIX** |
| Law Office of George T. Peters, PLLC | Corporation Counsel of the |
| 1825 Park Avenue, Suite 1102 |   City of New York |
| New York, NY 10035 | Attorney for Defendants |
| Tel: 929.374.1200 | 100 Church Street, Room 2-171 |
| Fax: 347.464.0921 | New York, New York 10007 |
| www.myattys1.com | (212) 356-5031 |
| | rdibened@law.nyc.gov |
| By: _/s/ George T. Peters_ | By: _Rachel M. DiBenedetto_ |
| George T. Peters, Esq. | Rachel M. DiBenedetto |
| | Assistant Corporation Counsel |